SEALED



JUN 13 2023

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | |
|---|---|
| *Plaintiff,* | SEALED |
| v. | Case No. 23 CR 097 JFH |
| RICHARD ALLEN ROLLINGS, | |
| *Defendant.* | |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)]

On or about January 5, 2023, within the Eastern District of Oklahoma, the defendant, **RICHARD ALLEN ROLLINGS,** did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT TWO

### POSSESSION OF A FIREARM IN FURTHERANCE OF
### A DRUG TRAFFICKING CRIME
### [18 U.S.C. § 924(c)(1)(A)]

On or about January 5, 2023, within the Eastern District of Oklahoma, the defendant, **RICHARD ALLEN ROLLINGS**, did knowingly possess a firearm, to wit:

- One (1) .22 LR High Standard Model 102 Supermatic Citation pistol, serial number 1076288; and

- One (1) 12 GA Maverick Arms, INC. Model 88 shotgun, serial number MV90426X,

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute Methamphetamine as charged in Count One, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

### FELON IN POSSESSION OF A FIREARM
### [18 U.S.C. §§ 922(g)(1) & 924(a)(8)]

On or about January 5, 2023, within the Eastern District of Oklahoma, the defendant, **RICHARD ALLEN ROLLINGS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing of such conviction, did knowingly possess in and affecting commerce, the following firearms, to wit:

- One (1) .22 LR High Standard Model 102 Supermatic Citation pistol, serial number 1076288; and

- One (1) 12 GA Maverick Arms, INC. Model 88 shotgun, serial number MV90426X,

which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### FORFEITURE ALLEGATION
### [18 U.S.C. § 924(d), 21 U.S.C. § 853, & 28 U.S.C. § 2461(c)]

The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

Upon conviction of the violations charged in Counts One through Three of this Indictment involving violations of Title 21, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 924(c)(1)(A), the defendant, **RICHARD ALLEN**

**ROLLINGS**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as the result of such offenses and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offenses, and all firearms and ammunition involved in the commission of the offenses, including but not limited to:

- One (1) .22 LR High Standard Model 102 Supermatic Citation pistol, serial number 1076288; and

- One (1) 12 GA Maverick Arms, INC. Model 88 shotgun, serial number MV90426X.

TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

CHRISTOPHER J. WILSON
United States Attorney

s / Foreperson
FOREPERSON OF THE GRAND JURY

_____
ERIN CORNELL, CA Bar # 227135
Assistant United States Attorney