

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

SEP **1 3** 2023

BONNIE HACKLER
Clerk, U.S. District Court

By_____

Deputy Clerk

**UNITED STATES OF AMERICA,**

*Plaintiff,*

**v.**

**RICHARD ALLEN ROLLINGS,**

*Defendant.*

**Case No. CR-23-097-JFH**

## S U P E R S E D I N G   I N D I C T M E N T

The Federal Grand Jury charges:

### COUNT ONE

#### POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE
#### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)]

On or about January 5, 2023, within the Eastern District of Oklahoma, the defendant,

**RICHARD ALLEN ROLLINGS,** did knowingly and intentionally possess with intent to

distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in

violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### COUNT TWO

#### POSSESSION OF A FIREARM IN FURTHERANCE OF
#### A DRUG TRAFFICKING CRIME
#### [18 U.S.C. § 924(c)(1)(A)]

On or about January 5, 2023, within the Eastern District of Oklahoma, the defendant,

**RICHARD ALLEN ROLLINGS**, did knowingly possess a firearm, to wit:

- One (1) .22 LR High Standard Model 102 Supermatic Citation pistol, serial number 1076288; and

- One (1) 12 GA Maverick Arms, INC. Model 88 shotgun, serial number MV90426X,

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute Methamphetamine as charged in Count One, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

### FELON IN POSSESSION OF A FIREARM
### [18 U.S.C. §§ 922(g)(1) & 924(a)(8)]

On or about January 5, 2023, within the Eastern District of Oklahoma, the defendant, **RICHARD ALLEN ROLLINGS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing of such conviction, did knowingly possess in and affecting commerce, the following firearm, to wit:

- One (1) .22 LR High Standard Model 102 Supermatic Citation pistol, serial number 1076288; and

- One (1) 12 GA Maverick Arms, INC. Model 88 shotgun, serial number MV90426X,

which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT FOUR

### POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)]

On or about June 27, 2023, within the Eastern District of Oklahoma, the defendant, **RICHARD ALLEN ROLLINGS,** did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT FIVE

### POSSESSION OF A FIREARM IN FURTHERANCE OF
### A DRUG TRAFFICKING CRIME
### [18 U.S.C. § 924(c)(1)(A)]

On or about June 27, 2023, within the Eastern District of Oklahoma, the defendant,

**RICHARD ALLEN ROLLINGS**, did knowingly possess a firearm, to wit:

- One .32 S&W LONG Smith & Wesson model 30 revolver, serial number 80332;

- One .22 CAL Heritage Manufacturing model Barkeep revolver, serial number 1BH605343;

- One .22 MAG Herbert Schmidt model 21S revolver, serial number 780609; and

- One .22 cal High Standard model D-100 derringer pistol, serial number 1456480,

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United

States, that is, Possession with Intent to Distribute Methamphetamine as charged in Count Four,

in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT SIX

### FELON IN POSSESSION OF A FIREARM AND AMMUNITION
### [18 U.S.C. §§ 922(g)(1) & 924(a)(8)]

On or about June 27, 2023, within the Eastern District of Oklahoma, the defendant,

**RICHARD ALLEN ROLLINGS**, having been convicted of a crime punishable by imprisonment

for a term exceeding one year, and knowing of such conviction, did knowingly possess in and

affecting commerce, the following firearm and ammunition, to wit:

- One .32 S&W LONG Smith & Wesson model 30 revolver, serial number 80332, loaded with nineteen rounds of Federal branded .32 S&W LONG ammunition;

- One .22 CAL Heritage Manufacturing model Barkeep revolver, serial number 1BH605343, loaded with six rounds of Aguila branded ammunition, unmarked for caliber;

- Forty assorted rounds of Aguila, Federal, and Cascade Cartridge, Inc. (CCI)

branded ammunition, unmarked for caliber;

- One .22 MAG Herbert Schmidt model 21S revolver, serial number 780609, loaded with six rounds of Remington branded ammunition, unmarked for caliber;

- One .22 cal High Standard model D-100 derringer pistol, serial number 1456480, loaded with two rounds of Federal and Winchester branded ammunition, unmarked for caliber;

- One .22 cal Heritage Manufacturing model Rough Rider revolver with an unreadable serial number;

- One .22 cal Heritage Manufacturing model Rough Rider revolver, serial number TL033901;

- One 20 GA Winchester model 1400 MK II shotgun, serial number N696717;

- One .40 S&W Hi-Point branded Iberia Firearms, Inc. model JCP pistol, serial number X 7226734, loaded with nine rounds of Federal branded .40 S&W ammunition;

- One .45 ACP Rock Island Armory branded Arms Corp. of the Philippines model 1911 A1-FS pistol, serial number RIA1698596, loaded with two rounds of Poongsan Metals Corp. (PMC) .45 AUTO ammunition;

- One .40 S&W Hi-Point branded Iberia Firearms, Inc. model JCP pistol, serial number X 7212869, loaded with six rounds of Winchester branded .40 S&W ammunition;

- Four rounds of Remington – Peters .300 WIN MAG ammunition;

- One .22 LR Phoenix Arms model HP22A pistol, serial number 4299964, loaded with eight rounds of Remington branded ammunition, unmarked for caliber;

- Assorted ammunition found in four Ziploc-style baggies, including .243 WIN Federal and Remington – Peters branded ammunition;

- Assorted ammunition found in two Ziploc-style baggies, including Lake City, Twin Cities Ordnance Plant, and Winchester – Western branded ammunition, unmarked for caliber;

- Assorted Winchester, Browning, and Arms Corporation of the Philippines (ARMSCORP) branded ammunition, unmarked for caliber; and

- Seven Federal and Remington branded 20 GA shotgun shells,

which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION
### [18 U.S.C. § 924(d), 21 U.S.C. § 853, & 28 U.S.C. § 2461(c)]

The allegations contained in Counts One through Six of this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

Upon conviction of the violations charged in Counts One through Six of this Superseding Indictment involving violations of Title 21, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 924(c)(1)(A), the defendant, **RICHARD ALLEN ROLLINGS**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as the result of such offenses and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offenses, and all firearms and ammunition involved in the commission of the offenses, including but not limited to:

- One (1) .22 LR High Standard Model 102 Supermatic Citation pistol, serial number 1076288;

- One (1) 12 GA Maverick Arms, INC. Model 88 shotgun, serial number MV90426X;

- One .32 S&W LONG Smith & Wesson model 30 revolver, serial number 80332, loaded with nineteen rounds of Federal branded .32 S&W LONG ammunition;

- One .22 CAL Heritage Manufacturing model Barkeep revolver, serial number 1BH605343, loaded with six rounds of Aguila branded ammunition, unmarked for

caliber;

- Approximately forty (40) assorted rounds of Aguila, Federal, and Cascade Cartridge, Inc. (CCI) branded ammunition, unmarked for caliber;

- One .22 MAG Herbert Schmidt model 21S revolver, serial number 780609, loaded with six rounds of Remington branded ammunition, unmarked for caliber;

- One .22 cal High Standard model D-100 derringer pistol, serial number 1456480, loaded with two rounds of Federal and Winchester branded ammunition, unmarked for caliber;

- One .22 cal Heritage Manufacturing model Rough Rider revolver with an unreadable serial number;

- One .22 cal Heritage Manufacturing model Rough Rider revolver, serial number TL033901;

- One 20 GA Winchester model 1400 MK II shotgun, serial number N696717;

- One .40 S&W Hi-Point branded Iberia Firearms, Inc. model JCP pistol, serial number X 7226734, loaded with nine rounds of Federal branded .40 S&W ammunition;

- One .45 ACP Rock Island Armory branded Arms Corp. of the Philippines model 1911 A1-FS pistol, serial number RIA1698596, loaded with two rounds of Poongsan Metals Corp. (PMC) .45 AUTO ammunition;

- One .40 S&W Hi-Point branded Iberia Firearms, Inc. model JCP pistol, serial number X 7212869, loaded with six rounds of Winchester branded .40 S&W ammunition;

- Approximately four (4) rounds of Remington – Peters .300 WIN MAG ammunition;

- One .22 LR Phoenix Arms model HP22A pistol, serial number 4299964, loaded with eight rounds of Remington branded ammunition, unmarked for caliber;

- Assorted ammunition found in four Ziploc-style baggies, including .243 WIN Federal and Remington – Peters branded ammunition;

- Assorted ammunition found in two Ziploc-style baggies, including Lake City, Twin Cities Ordnance Plant, and Winchester – Western branded ammunition, unmarked for caliber;

- Assorted Winchester, Browning, and Arms Corporation of the Philippines

(ARMSCORP) branded ammunition, unmarked for caliber; and

- Approximately seven (7) Federal and Remington branded 20 GA shotgun shells.

TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

ERIN CORNELL, CA Bar # 227135
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY