# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | Case No.: | CR-23-97-JFH |
| Plaintiff, | ) | | |
| v. | ) | Date: | 01/10/2024 |
| | ) | | |
| RICHARD ALLEN ROLLINGS | ) | Time: | 10:00 am – 10:23 am |
| | ) | | |
| Defendant. | ) | | |

## MINUTE SHEET
## CHANGE of PLEA

U.S. Magistrate Judge, Jason A. Robertson    Joe Church, Deputy Clerk    FTR Courtroom: 3 - Room 432

Counsel for Plaintiff: Erin Cornell, AUSA
Counsel for Defendant: J. Patrick Quillian, Appt

Defendant appears in person: ☒ with Counsel; ☐ Counsel waived; ☐ w/o Counsel;
Defendant: ☒ Sworn

☒ Consent to Proceed before U. S. Magistrate Judge executed by defendant and filed.
☒ Petition to Enter Plea of Guilty
☒ Defendant advised of charges and possible penalties
☒ Guideline estimates discussed
☒ Defendant entered guilty plea to Count(s)  1s, 2s, 3s, 4s, 6s  of the Superseding Indictment
☒ Plea Agreement: ☒ terms orally disclosed    ☐ written plea agreement filed    ☒ no written plea agreement
　　☐ Motion for Additional One Point Reduction for Acceptance of Responsibility filed by Government
　　☒ Remaining Count(s) to be dismissed at sentencing: Count(s)  5s

Defendant waived: ☐ Indictment;   ☒ Jury Trial;   ☐ Speedy Trial;   ☐ 30 Days Preparation;
☐ Separate Representation;   ☒ Waiver(s) accepted by Court

☒ Defendant waived right to having jury determine facts used to enhance Defendant's sentence and consents to the sentencing judge to determine those facts

☒ Defendant related facts of charge;    ☒ Government agreed Defendant's statements meet elements of offense

☒ Court findings:    ☒ Defendant found mentally competent to understand charges and proceedings
　　　　　　　　　　☒ Factual basis for Defendant's plea;
　　　　　　　　　　☒ Defendant is guilty as charged as to Count(s) 1s, 2s, 3s, 4s, 6s of the Superseding Indictment

☒ PSI Ordered

☐ Defendant released on _____ bond with pretrial supervision (re: Order Setting Conditions of Release)
☒ Government requested U.S. Magistrate issue Report and Recommendation to District Court with regard to finding of guilt. DENIED (JAR).

☒ Defendant remanded to custody of U.S. Marshal