## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. CR-23-097-JFH |
| | ) |
| RICHARD ALLEN ROLLINGS, | ) |
| | ) |
| Defendant. | ) |

### UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

COMES NOW, Richard Allen Rollings, Defendant in the above-referenced matter, by and through undersigned counsel of record, and moves this Court for an Order continuing Mr. Rollings' July 11, 2024, sentencing hearing and states the following in support:

1. Mr. Rollings entered a guilty plea on January 10, 2024, pursuant to a plea agreement with the government. Doc. 63.

2. The Final Presentence Investigation Report was completed and submitted May 21, 2024. Doc. No. 69.

3. On June 21, 2024, the Court set Mr. Rollings' sentencing for July 11, 2024. Doc. No. 70.

4. Counsel for Mr. Rollings is unable to attend the scheduled sentencing because he will be out of the country on a family vacation from July 3, 2024, to July 16, 2024, and therefore requests a continuance of Mr. Rollings' sentencing to late-July or later.

5. Assistant United States Attorney Erin Cornell has indicated to counsel that she does not object to the continuance sought herein.

Wherefore, Defendant Richard Allen Rollings hereby requests that the Court enter an order continuing his sentencing hearing to a date in late July 2024 or later.

Respectfully,

s/ J. Patrick Quillian
J. Patrick Quillian, OBA#20811
J. Patrick Quillian, PC
1900 Northwest Expressway, Suite 601
Oklahoma City, OK 73118
Phone:  405-418-8888
Facsimile:  405-260-9573
*jpatrickquillianpc@gmail.com*
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2024, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing to all ECF registrants that have entered their appearance in this matter, including:

Erin Cornell, Assistant United States Attorney

s/J. Patrick Quillian
J. Patrick Quillian, OBA#20811